STATE OF NEW JERSEY v. WALTER KARAS.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE PYCH.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VANCE J. PARKER, III.

February 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JONES.

February 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER T. CLAUSEN.

February 2, 1987.

Petition for certification denied.